# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3635

_____

Jesse Ellsworth Whitsel,                    *
                                            *
          Appellant,                        *
                                            *
     v.                                     *     Appeal from the United States
                                            *     District Court for the
Gerardo Acevedo, Ronald Welder,             *     Southern District of Iowa.
Debbie Nichols, Jim Helling, John           *
Emmett, Charles Harper, Teresea T.          *        [UNPUBLISHED]
Anderson, Sally Chandler Halford,           *
                                            *
          Appellees.                        *

_____

Submitted: June 5, 1998

Filed: June 10, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
     Circuit Judges.

_____

PER CURIAM.

     Inmate Jesse Ellsworth Whitsel appeals from the district court's[1] grant of
summary judgment to Iowa Department of Corrections officials in his 42 U.S.C. § 1983

_____

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern
District of Iowa.

action.  Having carefully reviewed the record, we affirm for the reasons set forth in the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.